KENNADAY LEAVITT PC
KELLI M. KENNADAY (SBN 155153)
kkennaday@kennadayleavitt.com
ALLISON M. NYE (SBN 298872)
anye@kennadayleavitt.com
621 Capitol Mall, Suite 2500
Sacramento, California 95814
Telephone:    (916) 732-3060

Attorneys for Defendant
VISION SERVICE PLAN (erroneously sued
as VSP LABS, INC.)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMEKA ROBINSON, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>VSP LABS, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 29 U.S.C. §§ 2601, *et seq.* (FAMILY MEDICAL LEAVE ACT)**<br><br>Complaint Filed: May 6, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that Defendant VISION SERVICE PLAN, erroneously sued as VSP LABS, INC. ("Defendant"), hereby removes to this Court the state court action described below.

   1.   On May 6, 2022, an action was commenced in the Superior Court of the State of California, in and for the County of Sacramento, entitled *Temeka Robinson v. VSP Labs, Inc.*, Case No. 34-2022-00319458. (A true and correct copy of the Summons, Complaint and all documents served therewith is attached as <u>Exhibit A</u> to the Declaration of Kelli M. Kennaday filed herewith.)

   2.   The first date upon which Defendants received a copy of the Complaint was May 26, 2022. (Kissinger Decl., ¶ 2.)

   3.   This action is a civil matter of which this Court has original jurisdiction under 28

1 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 29 U.S.C. §§ 2601, *et seq.*, in that this is a civil action involving a federal question; namely, discrimination in violation of the Family Medical Leave Act ("FMLA") (29 U.S.C. §§ 2601, *et seq.*). (Ex. A, Complaint, ¶¶44-50.) Thus, federal question jurisdiction exists in this case.

4. Additionally, this Court has supplemental jurisdiction of this matter under 28 U.S.C. § 1367, in that all other claims asserted by Plaintiff in the Complaint are so related to Plaintiff's claims arising under the FMLA that they form part of the same case or controversy under Article III of the United States Constitution.

5. On June 21, 2022, Defendant filed an Answer with the Sacramento Superior Court in order to preserve all legal rights. A true and correct copy of the Answer is attached as <u>Exhibit B</u> to the Declaration of Kelli M. Kennaday filed herewith. (Kennaday Decl., ¶3.)

DATED: June 24, 2022

                 KENNADAY LEAVITT PC

             By:   /s/ *Kelli M. Kennaday*
                 KELLI M. KENNADAY
                 ALLISON M. NYE
                 Attorneys for Defendant
                 VISION SERVICE PLAN (erroneously sued
                    as VSP LABS, INC.)

00224939.1     -2- 
NOTICE OF REMOVAL OF ACTION UNDER 29 U.S.C. §§ 2601, *et seq.* (FAMILY MEDICAL LEAVE ACT)

Kennaday Leavitt PC
Attorneys at Law
621 Capitol Mall | Suite 2500
Sacramento, CA 95814

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, Suite 2500, Sacramento, CA 95814. My electronic service address is phendrickson@kennadayleavitt.com

On June 24, 2022, at or before 11:59 p.m., I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 29 U.S.C. §§ 2601, *et seq.* (FAMILY MEDICAL LEAVE ACT)** on the interested parties in this action as follows:

> Joshua S. Falakassa
> Gregory Lang
> FALAKASSA LAW
> 1901 Avenue of the Stars, Suite 450
> Los Angeles, CA 90067
> Tel: 818-456-6168
> Email: josh@falakassalaw.com

*Attorneys for Plaintiff*

[ ]  **BY EMAIL:** I caused such documents to be served via electronic mail transmittal to the offices of the email addresses herein described.

[X]  **BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed herein and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kennaday Leavitt PC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 24, 2022, at Sacramento, California.

_____
PAULA HENDRICKSON-BYERS

00224939.1