FALAKASSA LAW, P.C.
Joshua S. Falakassa, Esq. (SBN 295045)
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868
Email: josh@falakassalaw.com

Attorneys for Plaintiff Temeka Robinson

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA ROBINSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VSP LABS, INC., a Delaware corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-CV-01087-WBS-JDP<br><br>**JOINT STIPULATION TO REMAND THE CASE TO STATE COURT AND REQUEST FOR DISMISSAL OF FMLA CLAIMS**<br><br>Complaint Filed: May 6, 2022<br>Removal Filed: June 24, 2022<br>Trial Date: None set<br><br>*Assigned for all purposes to*<br>*Hon. Judge William B. Shubb* |

Pursuant to Eastern District of California Local Rules 143 and 144 and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Temeka Robinson ("Plaintiff") and Defendant Vision Service Plan (erroneously named as VSP Labs Inc.) ("Defendant") (collectively referred to as the "Parties") jointly stipulate as follows:

WHEREAS, on May 06, 2022, Plaintiff filed her Complaint in the Sacramento County Superior Court against Defendant;

WHEREAS, on June 24, 2022, Defendant removed the matter to this Federal District Court for the Eastern District of California on the grounds that there is original, federal question jurisdiction based on the fourth, fifth and sixth claims for relief, which Defendant claims arise under the Family and Medical Leave Act ("FMLA");

WHEREAS, Defendant filed its answer to Plaintiff's Complaint in Sacramento Superior Court;

WHEREAS, Plaintiff wishes to dismiss any and all FMLA claims in this action against Defendant, with prejudice, pursuant to *Romoland School Dist. v. Inland Empire Energy Center, LLC*, 548 F.3d 738, 748 (9th Cir. 2008) ("Federal Rule of Civil Procedure 41 allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants.");

WHEREAS, Plaintiff reserves the right to pursue all state law claims, including those based on the California Family Rights Act ("CFRA") in state court;

WHEREAS, the Parties hereby agree that, contingent on Plaintiff's dismissal of any and all FMLA claims against Defendant in this action with prejudice, there will no longer be any causes of action arising under federal law in this matter;

WHEREAS, the Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;

WHEREAS, the parties agree to remand this action to the Sacramento Superior Court to adjudicate Plaintiff's remaining state law claims;

WHEREFORE, IT IS HEREBY STIPULATED by Plaintiff and Defendant, through their respective attorneys of record, that:

1. Plaintiff's FMLA claims against Defendant are hereby dismissed with prejudice;

2. Plaintiff reserves the right to pursue all state law claims, including those based on the California Family Rights Act ("CFRA");

3. The Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;

4. The Parties agree to remand this action to the Sacramento County Superior Court.

**IT IS SO STIPULATED.**

1  DATED: October 5, 2022                KENNADAY LEAVITT PC

2

3                                         By: _____
4                                              KELLI M. KENNADAY
                                               ALLISON M. NYE
5                                              Attorneys for Defendant,
                                          VISION SERVICE PLAN, erroneously sued as
6                                              VSP LABS, INC.

7

8  DATED: October 5, 2022                FALAKASSA LAW, P.C.

9

10

11                                        By: _____
                                               JOSHUA S. FALAKASSA
12                                             Attorneys for Plaintiff,
                                               TAMEKA ROBINSON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The Court, having reviewed the Parties' Stipulation above, and good cause therefore appearing, hereby orders:

1. Plaintiff's FMLA claims against Defendant are hereby dismissed with prejudice;
2. The Parties agree to a waiver of all costs and attorneys' fees associated with this dismissal with prejudice;
3. Plaintiff may pursue all state law claims, including those based on the California Family Rights Act ("CFRA") in state court;
4. This action is hereby REMANDED to the Superior Court of the State of California, in and for the County of Sacramento.

Dated:  October 5, 2022

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED.**

Dated:  _____ , 2022

Judge William B. Schubb